SASS & CRAWFORD *v.* THOMAS.

ERROR TO THE CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT.

No. 122.   Submitted March 15, 1909.—Decided March 22, 1909.

On authority of *Laurel Oil Co.* v. *Morrison,* 212 U. S. 291,[1] writ of error to review a judgment of the Circuit Court of Appeals for the Eighth Circuit in a case coming from the United States court for the Indian Territory dismissed.

THIS case was commenced in the United States court for the Southern District of the Indian Territory and resulted in a

[1] The headnote in *Laurel Oil Co.* v. *Morrison* is as follows:
"Where a statute provides for an appeal or a writ of error to a specific court it must be regarded as a repeal of any previous statute providing for an appeal or a writ of error to another court. *Brown* v. *United States,* 171 U. S. 631.

" Decisions of the Court of Appeals of the United States for the Indian Territory are final except as made subject to review by some express statutory provision.

" The provisions in § 12 of the act of March 3, 1905, c. 1479, 33 Stat. 1081, for appeals and writs of error from the United States courts in Indian Territory to the United States Court of Appeals in the Indian Territory, and from that court to the United States Circuit Court of Appeals for the Eighth Circuit are exclusive; and there is now no appeal or writ of error in such cases from the Circuit Court of Appeals of the Eighth Circuit to this court."

judgment for the plaintiff (defendant in error here) which was affirmed by the Court of Appeals of the United States for the Indian Territory, and subsequently by the Circuit Court of Appeals for the Eighth Circuit.

*Mr. W. A. Ledbetter* for plaintiff in error.

*Mr. A. C. Cruce* and *Mr. W. I. Cruce* for defendants in error.

*Per Curiam:* The writ of error is dismissed for want of jurisdiction on authority of *Laurel Oil Co.* v. *Morrison*, 212 U. S. 291, decided February 23, 1909.